Donald BLACK, Mark Muldrow, Raymond Pena, Plaintiffs,

and

Martin Monica, Plaintiff—Appellant,

v.

CITY OF SAN JOSE, Defendant— Appellee.

No. 00–15701.
D.C. No. CV–91–20542–SW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 5, 2001.

Decided Nov. 9, 2001.

Before CANBY, GRABER, and PAEZ, Circuit Judges.

MEMORANDUM *

For the reasons stated by the district court in its Memorandum and Order filed March 15, 2000, we AFFIRM.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.